**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | CRIMINAL CASE |
| vs | : | NO.:  2:24-MJ-001-JCF |
| | : | |
| ZYLAS HAMILTON | : | |

## ORDER APPOINTING COUNSEL

### SUZANNE HASHIMI

The above-named defendant has testified under oath or has filed with the

Court an affidavit of financial status and hereby satisfied this Court that he is

financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.** is hereby

appointed to represent this defendant in the above-captioned case unless relieved

by an Order of this Court or by Order of the Court of Appeals.

Dated at Gainesville, Georgia this 26th day of January, 2024.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge